UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 16  AM 10: 12
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

| | |
|---|---|
| JEFF HANCOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON HEWITT TAX SERVICE INC.,<br><br>Defendant. | Case No.: 1:19-cv-00852-LY |

## ORDER

Before the Court is Unopposed Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint, filed September 12, 2019 (the "Motion"). The Court determines that the Motion should be granted. Accordingly, the Court **GRANTS** the Motion. Defendant will be permitted to answer or otherwise respond to Plaintiff's Complaint on or before September 26, 2019.

SO ORDERED on this the ___ day of September, 2019.

_____
JUDGE PRESIDING

1