IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFF HANCOCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFF,<br><br>V.<br><br>JACKSON HEWITT TAX SERVICE INC.,<br>DEFENDANT. | § § § § § § § § § § § | CAUSE NO. 1:19-CV-852-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On June 29, 2020, the parties filed a Stipulation for Dismissal (Doc. #87) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _30th_ day of June, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE